UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN T. WILLIAMS, et. al., <br><br> Plaintiffs, <br> v. <br> JANET F. KING, ET. AL., <br><br> Defendants. | Case No. 3:22-cv-00230-ART-CLB <br><br> ORDER |

*Pro se* Plaintiffs bring this action under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), relating to underlying criminal proceedings and convictions that occurred in the State of Georgia. (ECF No. 1-2.) Plaintiffs assert these claims against Defendants District Court Judge Janet F. King and Circuit Court Judge Richard J. Sullivan and seek declaratory and monetary relief. (*Id.* at 5, 27.) Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla Baldwin (ECF No. 3), recommending the *in forma pauperis application* ("IFP"), (ECF No. 1), be granted, and the complaint, (ECF No. 1-2), be dismissed, without prejudice. Objections to the R&R were due by June 7, 2022. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia,* 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the

magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because there is no objection, the Court need not conduct de novo review, and is satisfied Magistrate Judge Baldwin did not clearly err. Here, Magistrate Judge Baldwin reviewed the application to proceed IFP and found that Plaintiffs cannot pay the filing fee. She therefore recommends the IFP be granted. Judge Baldwin also found that there is no indication that any of the individual defendants reside in the District of Nevada and the underlying criminal proceeding took place in the District of Georgia. She just recommends that dismissal is warranted based on lack of personal jurisdiction and improper venue.

This Court agrees with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

IT IS THEREFORE ORDERED that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It IS FURTHER ORDERED that Plaintiffs' application to proceed in forma pauperis, (ECF No. 1), be GRANTED;

IT IS FURTHER ORDERED that the complaint, (ECF No. 1-2), be DISMISSED, WITHOUT PREJUDICE, to the extent Plaintiffs can assert plausible claims for relief in the correct court; and,

IT IS FURTHER ORDERED that this action be CLOSED and that judgment be entered accordingly

DATED THIS 22nd Day of September 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE